Opinion approved by the court.

---

## CHRISTOPHER v. STATE.

### No. 26818.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Possession of wine for the purpose of sale in a dry area is the offense; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.